Linda Sue Horner ROBERTSON,
Respondent,

v.

Anna Lou DEICH, Appellant.

No. WD 34307.

Missouri Court of Appeals,
Western District.

Dec. 27, 1983.

G. Spencer Miller of Miller & Dougherty,
Kansas City, for appellant.

William Lopez, Kansas City, for respondent.

Before MANFORD, P.J., and CLARK
and KENNEDY, JJ.

ORDER

PER CURIAM:

This is an original action for personal injuries arising from an automobile collision. This appeal follows the granting of respondent's motion for new trial.

The judgment is affirmed. Rule 84.16(b).